Case 1:19-cv-23877-XXXX   Document 1-2   Entered on FLSD Docket 09/17/2019   Page 1 of 5







## Joanna Nathalie Gutierrez



https://www.joannang.com/

500 × 272 - Your browser does not currently recognize any of the video formats available. Click here to visit our frequently asked questions about HTML5 video. Share.

## Contact — Joanna Nathalie Gutierrez



https://www.joannang.com/contact/

750 × 408 - Contact. Joanna Nathalie Gutierrez. jonannag@cervera.com. Name *. Name. First Name. Last Name. Email Address *. Phone Number. Message. Thank you!

